1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  RODNEY C. VILLAZOR (NYBN 4003596)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340-S
6    Oakland, CA  94612
     Telephone: (510) 637-3689
7    Fax: (510) 637-3724
     E-mail: rodney.villazor@usdoj.gov
8
9  Attorneys for Plaintiff
10
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                           OAKLAND VENUE
14
15 | UNITED STATES OF AMERICA,        )   No.  13-70301-02 MAG
                                      )
16 |     Plaintiff,                   )   STIPULATED MOTION AND
                                      )   [PROPOSED] ORDER CONTINUING
17 | vs.                              )   PRELIMINARY HEARING OR
                                      )   ARRAIGNMENT DATE AND WAIVING
18 | SAMANTHA E. LEWIS,               )   TIME UNDER SPEEDY TRIAL ACT TO
                                      )   MAY 17, 2013 at 9:30 a.m.
19 |     Defendants.                  )
                                      )
20

21      With the agreement of the parties, and with the consent of the defendant, the Court enters
22 this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or
23 preliminary hearing date for Defendant Samantha E. Lewis to May 17, 2013 at 9:30 a.m. before
24 the Honorable Kandis A. Westmore.  Counsel for the defendant believes that postponing the
25 preliminary hearing is in his client's best interest and that it is not in his client's best interest for
26 the United States to present an indictment before the current April 10, 2013 preliminary hearing
27 date.  The parties agree that – taking into account the public interest in prompt disposition of
28 criminal cases – good cause exists for this extension.

1      Defendant also agrees to toll and to waive for this period of time any time limits
2 applicable under Title 18, United States Code, Section 3161.  The parties agree and stipulate that
3 defense counsel needs time to review discovery and that an exclusion of time under the Speedy
4 Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A)
5 and (B)(iv).  Undersigned defense counsel represents that he has spoken with his client, and that
6 Ms. Lewis agrees to the continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED**.

DATED: April 1, 2013                    Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                         */s/*
                                        RODNEY C. VILLAZOR
                                        Assistant United States Attorney

                                         */s/*
                                        MARK ROSENBUSH
                                        Attorney for Samantha E. Lewis


**IT IS SO ORDERED.**


DATED:    4/1/13                        _____
                                        KANDIS A. WESTMORE
                                        United States Magistrate Judge